UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville and London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 7: 24-003-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 6: 26-050-DCR-CJS |
| V. | ) | |
| | ) | |
| SASHA J. ADKINS, | ) | **ORDER** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is pending for consideration of Defendant/Movant Sasha Adkins amended motion to vacate set aside, or correct her sentence filed pursuant to 28 U.S.C. § 2255.  [Record No. 72] The motion was referred to United States Magistrate Judge Candace J. Smith for issuance of a Report and Recommendation (R&R). On March 19, 2026, Magistrate Judge Smith filed her report, recommending that Adkins' motion be granted in part, and denied in part.  Neither the United States nor Defendant/Movant Adkins have objected to any part of the R&R.

While the undersigned makes *de novo* determinations to any portion of an R&R to which an objection is made pursuant to 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Here, as noted above, no objections have been made, and the undersigned agrees with the Magistrate Judge's recommendations.

Accordingly, it is hereby **ORDERED** as follows:

1.      The Report and Recommendation of United States Magistrate Judge Candace J. Smith [Record No. 77] is **ADOPTED** and **INCORPORATED** here by reference.

2.      Defendant/Movant Adkins' amended motion to vacate, set aside, or correct her sentence [Record No. 72] is **GRANTED** regarding her claim of ineffective assistance of counsel based upon attorney Jennifer Taylor's failure to file a Notice of Appeal on her behalf. The motion is **DENIED** as moot and without prejudice regarding all other claims asserted therein.

3.      The Judgment entered December 6, 2024 [Record No. 59], is **VACATED**.  An Amended Judgment reimposing the same sentence will be entered forthwith.

4.      Upon the filing of the Amended Judgment referenced in paragraph 3 above, the Clerk of the Court is **DIRECTED** to file a Notice of Appeal on Defendant/Movant Adkins' behalf.  This Notice of Appeal must be filed within fourteen (14) days of entry of the Amended Judgment.

5.      Following entry of the Notice of Appeal by the Clerk of the Court, Defendant/Adkins is **DIRECTED** to file with the United States Court of Appeals for the Sixth Circuit an application to proceed on appeal *in forma pauperis* together with a motion for the appointment of counsel.

6.      The Clerk of the Court is **DIRECTED** to forward a copy of this Order to the United States Probation Office in London, Kentucky, and to Defendant/Movant Adkins at her current place of incarceration.

Dated: April 7, 2026.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky